UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
MAY 0 1 2017
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, § § Plaintiff. § § v. § § STEVEN THOMAS BOEHLE, § § Defendant. § § | CRIMINAL NO. 1:17-mj-00305 (ML) |

## ORDER

Came on to be considered the United States' Notice of Appeal and Motion to Stay Magistrate Judge's Order Setting Conditions of Release, and the Court, having considered same, finds said motion meritorious. Accordingly,

**IT IS ORDERED** that the United States' notice and motion be GRANTED and that Defendant STEVEN THOMAS BOEHLE be DETAINED in the custody of the United States Marshal pending further order of the Court.

**SIGNED** on this __1st__ day of __May__, 2017.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

Mark Lane
United States Magistrate Judge