FILED

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

17 MAY -2 AM 11: 23

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL No. |
| Plaintiff, | § | |
| v. | § | **A17 CR 187 SS** |
| STEVEN THOMAS BOEHLE, | § | <u>INDICTMENT</u> |
| Defendant. | § | [Count 1: Possession of a Firearm by a Prohibited Person, in violation of Title 18, U.S.C. § 922(g)(3)] |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
**Possession of a Firearm by a Prohibited Person**
**[18 U.S.C. § 922(g)(3) - Firearms]**

On or about April 12, 2017 in the Western District of Texas, Austin Division, the

Defendant,

**STEVEN THOMAS BOEHLE,**

then being an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, did knowingly

possess in and affecting interstate commerce, three (3) firearms, to wit, (1) a Taurus, model PT

111 Millennium Pro, 9mm caliber, semi-automatic pistol, bearing serial number TWD56757; (2)

a Smith and Wesson, model M&P, .45C caliber, semi-automatic pistol, bearing serial number

HLY4347; and (3) a Iberia Firearms (Hi-point), model JCP, .40 caliber, semi-automatic pistol,

bearing serial number X7124034, all three of said firearms having been shipped and transported

in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(3).

Case 1:17-cr-00187-SS   Document 26   Filed 05/02/17   Page 2 of 3

## NOTICE OF GOVERNMENT'S DEMAND FOR FORFEITURE

### I.   Forfeiture Statute for Firearm Violations
[18 U.S.C. § 924(d)(1)]

As a result of the foregoing criminal violations set forth in Counts One and Two of the Indictment, the United States gives notice that it intends to forfeit, but is not limited to, the below-listed properties from Defendant Steven Thomas Boehle. Defendant shall forfeit all right, title, and interest in the below-described properties to the United States pursuant to FED. R. CRIM. P. 32.2 and 18 U.S.C. § 924(d)(1), as made applicable to criminal forfeiture by 28 U.S.C. § 2461(c). Section 924 specifically provides:

> **Title 18 U.S.C. § 924**
> **(d)(1)**  Any firearm or ammunition involved in or used in any knowing violation of . . . section 922 . . . or knowing violation of section 924 . . . shall be subject to seizure and forfeiture . . .

### II.  Personal Properties

This Notice of Demand for Forfeiture includes, but is not limited to, the following:

- Taurus, PT 111 Millennium Pro, 9mm, Pistol, SN: TWD56757
- Smith and Wesson, M&P 45C, .45 caliber, Pistol, SN: HYL4347
- Iberia Firearms (HI-Point), Model JCP, .40 Caliber, Pistol, SN: X7124034
- Remington Rifle rounds – 7MM – 140 Grains – 12 live rounds – 5 boxes with spent rounds
- Remington express buckshot – 12 Gauge – 14 shells
- Sellier and Bellot – 139 Grain – 20 rounds
- Winchester Steel Shot – 12 Gauge – Three boxes - 75 shells total
- Winchester Full Metal Jacket – 9MM – 40 rounds
- .22 caliber long rifle – CCI brand – 100 rounds
- Federal Hi Power 12 gauge shotgun shells – 17 shells
- Revelation box with .22 caliber rounds – 132 rounds total
- Box of Hornady lead round balls for use in a black powder gun
- Winchester 9MM rounds – 115 grain – 100 rounds
- BrassMax 9MM rounds – 115 grain – 50 rounds
- Federal 9MM rounds – 115 grain – 50 rounds
- Federal .22 caliber rounds – 40 grain – 49 rounds
- Aguila .22 caliber rounds – 40 grain – 2 boxes – 100 rounds total

- Winchester .45 auto – 230 grain – Full metal jacket – 103 rounds
- Smith and Wesson .40 caliber rounds – 86
- 20 gauge slugs – 13
- 20 gauge buck shot – 15
- 16 gauge buck shot – 83
- .410 slugs - 36

A TRUE BILL:

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

RICHARD L. DURBIN, JR.
United States Attorney

By:

GREGG N. SOFER
Assistant U. S. Attorney