UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| United States of America | § | |
| | § | |
| vs. | § | |
| | § | CRIMINAL NO: |
| (1) Steven Thomas Boehle | § | AU:17-CR-00187(1)-SS |

# LIST OF WITNESSES
# HEARING ON DEFENDANT'S APPEAL FROM
# MAGISRATE'S RULING - MAY 15, 2017

| FOR GOVERNMENT | FOR DEFENDANT |
| --- | --- |
| 1. Agent Susanna Haberman, FBI | 1. |
| 2. | 2. |
| 3. | 3. |
| 4. | 4. |
| 5. | 5. |
| 6. | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |