IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2017 SEP 15  PM 3:30
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____am_____
        DEPUTY

UNITED STATES OF AMERICA

-vs-                                                                CAUSE NO. A-17-CR-187-SS

STEVEN THOMAS BOEHLE

### ORDER SETTING HEARING

BE IT REMEMBERED on this day, the undersigned has received and provided counsel the evaluation of Steven Thomas Boehle by filing the same and instructing the Clerk to send copies to counsel.

IT IS ORDERED that a competency hearing and status conference of Steven Thomas Boehle is set for **Tuesday, September 26, 2017, at 2 p.m.** in the United States Courthouse, Courtroom 2, 501 West Fifth Street, Austin, Texas. .

SIGNED this the 15th day of September 2017.

_____Samsparks_____
UNITED STATES DISTRICT JUDGE

