FILED
2018 FEB 20 PM 1:28
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA, Plaintiff,** | § | |
| **v.** | § | **Criminal No. A-17-CR-187 SS** |
| **STEVEN THOMAS BOEHLE, Defendant.** | § | |

**FINAL JUDGMENT OF FORFEITURE**

Came on to be considered the **United States' Motion for Final Judgment of Forfeiture,** pursuant to the provisions of FED. R. CRIM. P. 32.2(c)(2) and 21 U.S.C. §§ 853(n)(1-7), and this Court being fully and wholly apprised in all its premises finds that the United States has proven by a preponderance of the evidence a nexus between the below-described property and the violation of 18 U.S.C. § 922(g), and that Defendant STEVEN THOMAS BOEHLE has an interest in the below-described property. As such, said Motion is meritorious and should be granted.

It is hereby **ORDERED** that all right, title, and interest of Defendant STEVEN THOMAS BOEHLE in certain property, namely:

1. Taurus, PT 111, 9mm pistol, SN: TWD56757 in gun case
2. Smith and Wesson, M&P 45C, .45 cal pistol, SN: HYL4347
3. Iberia Hi-Point, JCP, .40 cal pistol, SN: X7124034
4. Remington – 7mm –12 live rounds and 86 spent rounds
5. Remington - 12 gauge - 14 shells
6. Sellier and Bellot – 7mm - 20 rounds
7. Winchester - 12 gauge - 75 shells
8. Winchester Full Metal Jacket - 9mm - 40 rounds
9. Winchester Nato - 9mm - 100 rounds
10. CCI - .22 cal – 100 rounds
11. Federal - 12 gauge – 17 shells
12. Revelation - 22 cal - 132 rounds
13. Lead balls – muzzle loading 50 cal – 82
14. BrassMax - 9mm - 115 grain - 50 rounds
15. Federal - 9mm - 115 grain - 50 rounds
16. Federal - 22 cal - 40 grain - 49 rounds
17. Aguila - 22 cal - 40 grain - 100 rounds total

18. Winchester - 45 auto - 230 grain – 169 rounds
19. Winchester - 40 cal - 50 rounds
20. Smith and Wesson - 40 cal - 36 rounds
21. Remington – 20 gauge - 28 shells
22. Winchester - 16 gauge - buckshot express
23. Federal – 16 gauge – 25 shells
24. Remington – 16 gauge - 25 shells
25. Remington - 410 - 36 slugs
26. Connecticut Valley Arms .50 cal rifle, SN 60-13-000558-95 in gun case
27. Short / Long .22 rifle, patent 2094577, 2223093
28. EEUTSCE Waffen Rifle with Bushnell scope, B2406-47 in gun case
29. Hi-Point Model 995 SN F24058
30. Winchester Speedpump Model 1300 12 gauge, SN L3640823
31. Mossberg Model 173A 410 gauge rifle
32. Hamilton NO5 22 cal rifle
33. Savage Arms Model 755A 16 gauge, SN 599806
34. Mossberg pump action 20 gauge, SN L306811
35. Westernfield M550AB, 12 gauge, SN G152455
36. Any and all firearms, ammunition, and/or accessories involved in or used in the commission of the criminal offense

**(hereinafter referred to collectively as "Subject Firearms")** be, and hereby are, FORFEITED to the United States.

It is **FURTHER ORDERED** that any and all right, title, and interest of Joshua Holstein and any and all potential petitioners in the Subject Firearms be, and hereby are, held in default and be, and hereby are, FORFEITED to the United States.

It is **FURTHER ORDERED** that the Bureau of Alcohol, Tobacco, Firearms and Explosives and/or its designated custodian, shall dispose of the Subject Firearms in accordance with law.

It is **FURTHER ORDERED** that all terms and provisions contained in this Court's Preliminary Order of Forfeiture entered on October 11, 2017 (Doc. 85), in so much as may be applicable and consistent with this Order, shall remain in full force and effect.

SIGNED this 20th day of February, 2018.

Sam Sparks
SAM SPARKS
SENIOR U.S. DISTRICT JUDGE