PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT

for

Western District of Texas

**Report on Offender Under Supervision**

FILED
2019 FEB 14  PM 2:08

Name of Offender: Steven Thomas Boehle         Case Number: A-17-CR-187(01)-SS

Name of Sentencing Judicial Officer: Honorable Sam Sparks, United States District Judge

Date of Original Sentence: December 1, 2017

Original Offense: Possession of a Firearm by a Prohibited Person, in violation of 18 U.S.C. § 922(g)(3)

Original Sentence: Sentenced to five (5) years probation. Special conditions imposed include participate in mental health treatment, take all mental health medications that are prescribed by the treating physician, participate in substance abuse treatment, search and seizure, and pay a $100 special assessment

Type of Supervision: Supervised Release         Date Supervision Commenced: December 1, 2017

Assistant U.S. Attorney: Gregg N. Sofer         Defense Attorney: Daphne L. Silverman

---

## PREVIOUS COURT ACTION

None.

## NONCOMPLIANCE SUMMARY

**Violation Mandatory Condition No. 3:** "The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on probation or supervised release and at least two-periodic drug tests thereafter (as determined by the court), but the condition stated in this paragraph may be ameliorated or suspended by the court if the defendant's presentence report or other reliable sentencing information indicates low risk of future substance abuse by the defendant."

**Nature of Noncompliance:** On January 10, 2019, the offender submitted a urine specimen which tested positive for opiates. On January 30, 2019, the specimen was confirmed positive for morphine.

**U.S. Probation Officer Action:** On February 4, 2019, the offender reported to the probation office to address the positive urine specimen. During this office visit, the offender appeared very upset



Steven Thomas Boehle
Report on Offender Under Supervision
Page 2

and distraught regarding the positive drug test. Although Boehle adamantly denied the use of opiates, he advised he would not contest the validity of the confirmation results.

Prior to this incident, Boehle had successfully completed drug and mental health treatment and submitted all negative urine specimens.

To address the positive drug result, the offender was placed on urine surveillance. Based on the plan that has been developed to address this lapse, the probation officer respectfully recommends no action be taken.

Accordingly, the Court reserves the right to revisit this allegation in the future. In addition, should the offender incur any further violations, the Court will be immediately notified.

Respectfully submitted,

Patricia A. Whitson
U.S. Probation Officer
Date: February 12, 2019

Approved: Martha N. Davis
Supervising U.S. Probation Officer
Date: February 12, 2019

**THE COURT ORDERS:**

[✓] No Action

[ ] Submit a Request for Modifying the Condition or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

Honorable Sam Sparks
Senior U.S. District Judge

2-14-19
Date