PROB 35

Report and Order Terminating Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT

FOR THE

WESTERN DISTRICT OF TEXAS

**FILED**
October 04, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Julie Golden_____
DEPUTY

UNITED STATES OF AMERICA

v.

STEVEN THOMAS BOEHLE

Crim. No. 1:17-CR-187 (01) RP

On <u>December 1, 2017</u>, the above named was placed on term of probation for a period of five (5) years. The Probationer has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the Probationer be discharged from supervision.

Respectfully submitted,

_____
Kailyn L. Antoine
U.S. Probation Officer Assistant

### ORDER OF COURT

Pursuant to the above report, it is ordered that the Probationer be relieved from supervision of the United States Probation Office and that the proceedings in the case be terminated.

SIGNED this  4th  day of  October , 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE